UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAXIMINO MORCOTULIO
OROZCO RAMIREZ,

       Petitioner,

  v.                                 Case No.:  2:26-cv-01819-SPC-NPM

WARDEN,

       Respondent,

                                            /

## OPINION AND ORDER

Before the Court is Maximino Morcotulio Orozco Ramirez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).  Orozco Ramirez asks the Court to review his detention at Alligator Alcatraz.  But the petition does not state why Orozco Ramirez believes his detention is unlawful or include enough detail for the Court to discern the nature of his habeas claim.  The petition does not include potentially important facts, like how Orozco Ramirez entered the country, his current immigration status, the status of any removal proceedings, and the circumstances of his arrest.  Conclusory allegations are not enough to warrant habeas relief.  *See Chavez v. Sec'y, Fla. Dep't of Corr.*, 647 F.3d 1057, 1061 (11th Cir. 2011).

The Court finds that Orozco Ramirez is not entitled to habeas relief on any ground in his petition.  Accordingly, the petition (Doc. 1) is **DISMISSED**

**without prejudice**.  Orozco Ramirez may file an amended petition within **21 days** of this order—it should state why Orozco Ramirez believes his detention is unlawful.  Otherwise, the Court will enter judgment and close this case without further notice.

> **DONE AND ORDERED** in Fort Myers, Florida on June 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record